UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| KEVAN A. GRIFFITH | CIVIL ACTION NO. 6:20-cv-01325 |
| VERSUS | JUDGE SUMMERHAYS |
| PROGRESSIVE SECURITY INSURANCE COMPANY, ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the plaintiff's motion to remand (Rec. Doc. 6) should be denied, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, this 29th day of January, 2021.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE